THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA WHISENHUNT,<br><br>                   Plaintiff,<br><br>    v.<br><br>SCHWEITZER ENGINEERING LABORATORIES, INC., a Washington Corporation,<br><br>                   Defendant. | No. CV 11-1108 RSL<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL<br><br>Note on Motion Calendar:<br>September 5, 2012 |

JOINT STIPULATION AND ORDER OF DISMISSAL
(Cause No. CV 11-1108 RSL)
Page i

**THE BLANKENSHIP LAW FIRM, P.S.**
1201 Third Avenue, Suite 2880
Seattle, Washington 98101
(206) 343-2700

## I.  STIPULATION

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that this case be dismissed with prejudice and without costs or attorneys' fees to either party.

## II.  ORDER

Based upon the foregoing stipulation of the Parties, the Court hereby Orders that this action and all claims, counterclaims and causes of action asserted therein shall be dismissed with prejudice and without costs or attorneys' fees to either party, and with all rights of appeal waived.

IT IS SO ORDERED this 6th day of September, 2012.

_____
Robert S. Lasnik
United States District Judge

DATED this 5th day of September, 2012.

| THE BLANKENSHIP LAW FIRM, P.S. | WINTERBAUER & DIAMOND, PLLP |
|---|---|
| By:  s/ Paul S. Woods<br>Scott C. G. Blankenship, WSBA # 21431<br>Paul S. Woods, WSBA # 42976<br>The Blankenship Law Firm, P.S.<br>1201 Third Avenue, Suite 2880<br>Seattle, WA 98101<br>Telephone: (206) 343-2700<br>Fax: (206) 343-2704<br>sblankenship@blankenshiplawfirm.com<br>pwoods@blankenshiplawfirm.com<br><br>*Attorneys for Plaintiff* | By:  s/ Kenneth Diamond<br>Kenneth Diamond, WSBA # 27009<br>Winterbauer & Diamond, PLLC<br>1200 Fifth Avenue, Ste. 1700<br>Seattle, WA 98101<br>Phone: (206) 676-8440<br>Fax: (206) 676-8441<br>ken@winterbauerdiamond.com<br><br>*Attorneys for Defendant* |

JOINT STIPULATION AND ORDER OF DISMISSAL
(Cause No. CV 11-1108 RSL)
Page 1

**THE BLANKENSHIP LAW FIRM, P.S.**
1201 Third Avenue, Suite 2880
Seattle, Washington  98101
(206) 343-2700